(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mahmoud, Issam A** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Mahmoud, Jamie A** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**\*\*\*-\*\*-4906** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if<br>more than one, state all):<br>**\*\*\*-\*\*-1552** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**634 Barnsdale Rd**<br>**LaGrange Park IL 60526** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**634 Barnsdale Rd**<br>**LaGrange Park IL 60526** |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business:   **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

<table>
<tr><td colspan="2"><b>Type of Debtor</b> (Check all boxes that apply)</td><td colspan="2"><b>Chapter or Section of Bankruptcy Code Under Which</b><br><b>the Petition is Filed</b> (Check one box)</td></tr>
<tr><td>☑ Individual(s)</td><td>☐ Railroad</td><td colspan="2"></td></tr>
<tr><td>☐ Corporation</td><td>☐ Stockbroker</td><td>☐ Chapter 7</td><td>☐ Chapter 11</td></tr>
<tr><td>☐ Partnership</td><td>☐ Commodity Broker</td><td>☐ Chapter 9</td><td>☐ Chapter 12</td></tr>
<tr><td>☐ Other _____</td><td>☐ Clearing Bank</td><td colspan="2">☐ Sec. 304 - Case ancillary to foreign proceeding</td></tr>
</table>

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business   ☐ Business | ☑ Full Filing Fee Attached |

☑ Chapter 13 (in Chapter or Section box)

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.
Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information**  (Estimates only)
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)

**FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Issam A Mahmoud, Jamie A Mahmoud** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **s/ Issam A Mahmoud**
  Signature of Debtor

X  **s/ Jamie A Mahmoud**
  Signature of Joint Debtor

  Telephone Number (If not represented by attorney)

**5/31/2005**
  Date

**Signature of Attorney**

X
  Signature of Attorney for Debtor(s)

**Philip A Igoe,  1300466**
  Printed Name of Attorney for Debtor(s) / Bar No.

**Law office of Philip A Igoe**
  Firm Name

**221 North LaSalle Street  Suite 655**
  Address

**Chicago IL 60601**

**312-372-4298**          **312-372-5147**
  Telephone Number

**5/31/2005**
  Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
  Signature of Authorized Individual

  Printed Name of Authorized Individual

  Title of Authorized Individual

  Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X                                        **5/31/2005**
  Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐     Yes, and Exhibit C is attached and made a part of this petition.

☑     No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
  Printed Name of Bankruptcy Petition Preparer

  Social Security Number (Required by 11 U.S.C. § 110(c).)

  Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  **Not Applicable**
  Signature of Bankruptcy Petition Preparer

  Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**B 201** (11/03)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

| 5/31/2005 | s/ Issam A Mahmoud | |
|---|---|---|
| Date | Signature of Debtor | Case Number |
| 5/31/2005 | s/ Jamie A Mahmoud | |
| Date | Signature of Joint Debtor | |

Form B6
(6/90)

# United States Bankruptcy Court
# Northern District of Illinois

In re  **Issam A Mahmoud**          **Jamie A Mahmoud**          Case No.

Chapter   **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 225.000.00 | | |
| B - Personal Property | YES | 3 | $ 25,500.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 238.000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 0 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 0 | | $ 56.220.26 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,014.40 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,414.40 |
| Total Number of sheets in ALL Schedules ➢ | | 10 | | | |
| Total Assets ➢ | | | $ 250,500.00 | | |
| Total Liabilities ➢ | | | | $ 294,220.26 | |

FORM B6A
(6/90)

In re: **Issam A Mahmoud**                    **Jamie A Mahmoud**           .   Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **debtor residence, 634 Barnsdale Rd, LaGrange IL 60526** | **Fee Owner** | | **$ 225,000.00** | **$ 215,000.00** |
| | **Total** ➢ | | **$ 225,000.00** | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re **Issam A Mahmoud**           **Jamie A Mahmoud**      Case No. _____

      **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **cash on hand** | | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **banking account average** | | **600.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **household furniture** | | **900.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **necesary clothes** | | **900.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

FORM B6B
(10/89)

In re   **Issam A Mahmoud**                    **Jamie A Mahmoud**          ,    Case No. _____
                Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 volvo** | | **23,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

FORM B6B
(10/89)

In re  **Issam A Mahmoud**                    **Jamie A Mahmoud**          '        Case No. _____
                              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

_2_   continuation sheets attached          Total  ˃      **$ 25,500.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

**In re**  **Issam A Mahmoud**              **Jamie A Mahmoud**                    , **Case No.** _____
                    Debtor.                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)     Exemptions provided in 11 U.S.C. § 522(d).     **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                    been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period
                    than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is
                    exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **banking account average** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **cash on hand** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **debtor residence, 634 Barnsdale Rd, LaGrange IL 60526** | **735 ILCS 5/12-901** | **10,000.00** | **225,000.00** |
| **household furniture** | **735 ILCS 5/12-1001(b)** | **900.00** | **900.00** |
| **necesary clothes** | **735 ILCS 5/12-1001(a),(e)** | **900.00** | **900.00** |

FORM B6D
(12/03)

In re: **Issam A Mahmoud**          **Jamie A Mahmoud**          ,          Case No. _____

Debtor                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Chase Manhattan Mortgage**<br>**P O Box 2158**<br>**Utah  UT** | | | **Mortgage**<br>**debtor residence, 634 Barnsdale Rd,**<br>**LaGrange IL 60526**<br>_____<br>**VALUE $225,000.00** | | X | | **215,000.00** | **0.00** |
| ACCOUNT NO.   **3733****<br><br>**Volco Car Finance**<br>**1700 Jay Ell DR**<br>**Richardson TX 75081** | | | **Security Agreement**<br>**2002 volvo, to be paid inside chapter**<br>**13 plan**<br>_____<br>**VALUE $23,000.00** | | X | | **23,000.00** | **0.00** |

<u>0</u> Continuation sheets attached

|  | | |
|---|---|---|
| **Subtotal** ➤<br>(Total of this page) | **$238,000.00** |
| **Total** ➤<br>(Use only on last page) | **$238,000.00** |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re  **Issam A Mahmoud**                    **Jamie A Mahmoud**                    Case No. _____
                        Debtor                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11
U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal,
family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.

Form B6E - Cont.
(04/04)

In re  **Issam A Mahmoud**                    **Jamie A Mahmoud**                    ,    Case No. _____

Debtor                                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

| | |
|---|---|
| Subtotal ➤<br>(Total of this page) | **$0.00** |
| **Total** ➤<br>**(Use only on last page of the completed Schedule E.)** | **$0.00** |

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re **Issam A Mahmoud** _____ **Jamie A Mahmoud** _____.   Case No. _____
   Debtor                                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American General Fin<br>1409 W Lake St<br>Addison  Il 60101** | | | | | X | | **2,100.00** |
| ACCOUNT NO.<br>**Bank One<br>Creidit Burea<br>P.O.Box 901008<br>Fort Worth TX 76101** | | | | | X | | **2,600.00** |
| ACCOUNT NO.<br>**Bank One<br>Credit Bureau P.O.Box 9010088<br>Fort Worth TX 76101** | | h | | | X | | **600.00** |
| ACCOUNT NO.<br>**Bank One NA<br>N54 w 13600 Wooddle Dr<br>Menomonee Fall WI 53051** | | h | | | X | | **1,240.33** |
| ACCOUNT NO.<br>**Bay View Acc<br>P.O.Box 4309<br>Covina CA 91723** | | w | | | X | | **142.23** |

<u>11</u>   Continuation sheets attached

Subtotal   ➤

Total   ➤

| | |
|---|---|
| Subtotal | **$6,682.56** |
| Total | |

Form B6F - Cont.
(12/03)

In re  **Issam A Mahmoud** _____ **Jamie A Mahmoud** _____ .  Case No. _____
        **Debtor**                                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bkony V Gld**<br>**110 Clay Ctr Dr**<br>**Newark DE 19713** | | | w | | X | | 83.21 |
| ACCOUNT NO.<br><br>**BMW Financial Services**<br>**5515 Park Center C**<br>**Dublin Oh 43017** | | | for notice only | | X | | 0.00 |
| ACCOUNT NO.<br><br>**Capital One Bank**<br>**11013 W Broad St**<br>**Glen Allen VA 23060** | | | w | | X | | 1,326.89 |
| ACCOUNT NO. **51780522**<br><br>**Capital One Bank**<br>**10800 Nickols Road Mail 12018-05**<br>**Glen Allen VA 23060** | | | h | | X | | 886.00 |
| ACCOUNT NO. **41060821**<br><br>**Capital one/cntrywdfsl**<br>**155 N Lake Ave MS 3162**<br>**Pasadena CA 91101** | | | h | | X | | 478.00 |

Sheet no. _1_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ (Total of this page)  **$2,774.10**

Total ➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Issam A Mahmoud**                    **Jamie A Mahmoud**                    .   Case No. _____

 Debtor                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Chase-Circuit City** <br> **P.O.Box 100019** <br> **Kennesaw GA 30156** | | | w | | X | | **522.98** |
| ACCOUNT NO.  **60110074** <br><br> **Discover Financial** <br> **P.O.Box 15316** <br> **Wilmington De 19850** | | | h | | X | | **5,622.98** |
| ACCOUNT NO.  **60110074** <br><br> **Discover Financial services** <br> **P.O.Box 15316** <br> **wilmington DE 19850** | | | w | | X | | **6,349.00** |
| ACCOUNT NO. <br><br> **Educational Finl svcs** <br> **8425 Woodfield Bv** <br> **Indianapolis IN 46240** | | | for notice only | | X | | **0.00** |
| ACCOUNT NO. <br><br> **First usana** <br> **201 Walnut St** <br> **Wilmington De 19801** | | | h | | X | | **3,254.12** |

Sheet no.  2  of  11  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤

(Total of this page)

| | **$15,749.08** |
|---|---|

Total  ➤

**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re __Issam A Mahmoud_____  __Jamie A Mahmoud_____,  Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Gateway/ Cbusa**<br>**P.O. Box 7038**<br>**Sioux Falls SD 57117** | | | w | | X | | 1,289.57 |
| ACCOUNT NO.<br><br>**Gemb/ Whitehall**<br>**P.O Box 276 Mail Code**<br>**Allendale Mi 49401** | | | | | X | | 659.98 |
| ACCOUNT NO.<br><br>**Gemb/mens warehouse**<br>**P.O.Box 981400**<br>**El Paso TX 79998** | | | | | X | | 548.26 |
| ACCOUNT NO.   **111731998**<br><br>**Good Samaritan Hospital**<br>**P.O.Box 93548**<br>**Chicagoll 60673** | | | nedica bill | | X | | 200.00 |
| ACCOUNT NO.<br><br>**Grand Valley State Univ**<br>**Lake Michigan Hall**<br>**Allendale MI 49401** | | | | | X | | 0.00 |

Sheet no. _3_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$2,697.81

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re __Issam A Mahmoud_____    __Jamie A Mahmoud_____    Case No. _____
              **Debtor**                                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hemlock Federal Bank<br>5700 W 159th St<br>Oak Forest II 60452** | | | h | | X | | 125.36 |
| ACCOUNT NO.<br>**Hemlock Federal Bank For<br>5700 W 159th St<br>Oak Forest IL 60452** | | | for notice only | | X | | 0.00 |
| ACCOUNT NO.<br>**Hsbc Bank<br>P.O.Box 98706<br>Las Vegas NV 89193** | | | | | X | | 487.36 |
| ACCOUNT NO.    **0620****<br>**HSBC Best Buy<br>P.O.Box 6985<br>Bridgewater NJ 08850** | | | h | | X | | 2,000.00 |
| ACCOUNT NO.<br>**HSBC Costo Wholesale<br>P.O.Box 15519<br>Wilmington  DE 19850** | | | | | X | | 471.25 |

Sheet no. _4_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

**$3,083.97**

Total  ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Issam A Mahmoud**_____  **Jamie A Mahmoud**_____.  Case No. _____
  Debtor  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**HSBC Retail Services<br>1111 Town Center Drive<br>Las Vegas NV 89134** | | | w | | X | | 988.52 |
| ACCOUNT NO.<br>**HSBC Retail Services<br>1111 Town Center Drive<br>Las Vegas NV 89134** | | | for notice only | | X | | 0.00 |
| ACCOUNT NO.  **1501**<br>**HSBC Rodes<br>200 Beneficial Ctr<br>Peapack NJ 07977** | | | w | | X | | 4,400.00 |
| ACCOUNT NO.<br>**Lard & Taylor<br>P.O.Box 8077<br>Lorain OH 44055** | | | | | X | | 152.31 |
| ACCOUNT NO.  **5707476**<br>**Malcolm S General And Associates<br>332 South Michocagan Ave #600<br>Chicago Il 60604** | | | | | X | | 100.00 |

Sheet no. _5_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | **$5,640.83** |
| | |

Form B6F - Cont.
(12/03)

In re  **Issam A Mahmoud** _____  **Jamie A Mahmoud** _____.  Case No. _____
         **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Marshall Fields**<br>**P.O.Box 59270**<br>**Minneapolis MN 55459** | | | w | | X | | **522.96** |
| ACCOUNT NO.<br><br>**MBNA America**<br>**P.O.Box 17054**<br>**Wilmington  DE 19884** | | | h | | X | | **255.36** |
| ACCOUNT NO.     **130***<br><br>**MNB  America**<br>**P.O.Box 17054**<br>**Wilmington DE 19884** | | | w | | X | | **7,261.00** |
| ACCOUNT NO.<br><br>**Neiman Marcus-sec Dept**<br>**1201 Elm St 19th Floor**<br>**Dallas TX 75270** | | | | | X | | **125.36** |
| ACCOUNT NO.<br><br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville IL 60563** | | | | | X | | **100.00** |

Sheet no.  6  of  11  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

Total  ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| **$8,264.68** | |

Form B6F - Cont.
(12/03)

In re **Issam A Mahmoud**  **Jamie A Mahmoud**  Case No.
_____  _____  _____
        **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Novaster**<br>**205 W Fourth Street**<br>**Cincinnati Oh 45202** | | | | | | X | **554.32** |
| ACCOUNT NO.<br>**Novastr**<br>**205 W Fourth Street**<br>**Cincinnati OH 45202** | | | | | | X | **65.00** |
| ACCOUNT NO.<br>**Old Kent Bk Student Loan**<br>**1850 E Paris Ave**<br>**Kentwood MI 49546** | | | | | | X | **190.32** |
| ACCOUNT NO.<br>**Onyx Acceptance Corp**<br>**1020 W 31st St**<br>**Downer Grove IL 60515** | | | **for notice only** | | | X | **87.95** |
| ACCOUNT NO.<br>**Onyx Acceptance Corp**<br>**1020 W 31st ST**<br>**Downer Grove IL 60515** | | | **for notice only** | | | X | **0.00** |

Sheet no. _7_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  
(Total of this page)  **$897.59**

Total ➤  
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Issam A Mahmoud** _____ **Jamie A Mahmoud** _____. Case No. _____
            **Debtor**                                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **010044***** <br><br>**Providian Bankcorp** <br>**P.O.Box 1470** <br>**Redding Ca 96099** | | | | | X | | 3,400.00 |
| ACCOUNT NO.  **040054***** <br><br>**Providian Bankcorp** <br>**P.O.Box 9007** <br>**Pleasanton CA 94566** | | | | | X | | 2,300.00 |
| ACCOUNT NO.  <br><br>**Republic Bank Of Chicago** <br>**1510  75th St** <br>**Darien IL 60561** | | | | | X | | 897.25 |
| ACCOUNT NO.  <br><br>**Republic Bk Chicago** <br>**1510 75th ST** <br>**Darien Il 60561** | | | **for notice only** | | | | 0.00 |
| ACCOUNT NO.  <br><br>**Residentialmo** <br>**101 Overland** <br>**North Aurora IL 60542** | | | **h** | | X | | 542.39 |

Sheet no.  8  of  11  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$7,139.64** |
| Total | |

Form B6F - Cont.
(12/03)

In re  **Issam A Mahmoud**_____   **Jamie A Mahmoud**_____,   Case No. _____

Debtor                                                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Retailers National Bank** <br> **P.O.Box 9475** <br> **Minneapolis MN 55440** | | | w | | X | | 0.00 |
| ACCOUNT NO.   **708-482-3081-295 0** <br><br> **SBC** <br> **Bill Payment Center** <br> **Saginaw MI 48663** | | | | | X | | 140.00 |
| ACCOUNT NO. <br><br> **Stfrancismortgage/FAC** <br> **12395 First America** <br> **Poway CA 92064** | | | for notice only | | X | | 0.00 |
| ACCOUNT NO. <br><br> **The Home Depot** <br> **P.O.Box 9714** <br> **Gray TN 37615** | | | | | X | | 700.00 |
| ACCOUNT NO. <br><br> **Union Acceptance Corp** <br> **250 N Shadeland A** <br> **Indianapolis IN 46219** | | | | | X | | 500.00 |

Sheet no.  9  of  11  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)   **$1,340.00**

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re **Issam A Mahmoud**_____ **Jamie A Mahmoud**_____.  Case No. _____
       **Debtor**                                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **440561024001** | | | | | X | | 400.00 |
| **Union Credit National P.O.Box 1229 Sioux Falls DS 57107** | | | h | | | | |
| ACCOUNT NO. | | | | | X | | 200.00 |
| **Unitedhomelo/chasecredit 6350 Laurel Canyon 4th North Hollywoo Ca 91606** | | | h | | | | |
| ACCOUNT NO. | | | | | X | | 450.00 |
| **Unitedhomeloan 618 W State ST 216 Geneva Il 60134** | | | h | | | | |
| ACCOUNT NO. | | | | | X | | 900.00 |
| **Unitedhomeloans Cred 618 W State St 216 Geneva IL 60134** | | | w | | | | |
| ACCOUNT NO. | | | | | X | | 0.00 |
| **Washington Mutual Bank 1201 Third Ave Seattle  WA 98101** | | | for notice only | | | | |

Sheet no. _10_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    **$1,950.00**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **Issam A Mahmoud** _____ **Jamie A Mahmoud** _____ . Case No. _____

　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Westsuburban** <br> **415 W Roosevelt** <br> **Maywood IL 60153** | | | for notice only | | X | | 0.00 |

Sheet no. _11_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  **$0.00**

Total ➤ **$56,220.26**
**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re:  **Issam A Mahmoud**                    **Jamie A Mahmoud**                    , Case No. _____

Debtor                                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H
(6/90)

In re: **Issam A Mahmoud**                         **Jamie A Mahmoud**            ,    Case No.  _____
                    Debtor                                                                                      (If known)

# SCHEDULE H - CODEBTORS

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(12/03)

In re **Issam A Mahmoud**         **Jamie A Mahmoud**         , Case No.

         Debtor                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | **daughter** | **6** |
| | **daughter** | **3** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | **Un employed-student** |
| Name of Employer | **Disney Worldwide Services** | |
| How long employed | **8 years** | |
| Address of Employer | **P O Box 10499, Buena Vista Florida 32830** | |

Income: (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | **4,033.42** | $ | **0.00** |
| Estimated monthly overtime | $ | **0.00** | $ | **0.00** |
| SUBTOTAL | $ | **4,033.42** | $ | **0.00** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **233.83** | $ | **0.00** |
| b. Insurance | $ | **421.50** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify)     **federal** | $ | **220.70** | $ | **0.00** |
|     **medicare** | $ | **54.69** | $ | **0.00** |
|     **state** | $ | **88.31** | $ | **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,019.02** | $ | **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,014.40** | $ | **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **0.00** |
| Income from real property | $ | **0.00** | $ | **0.00** |
| Interest and dividends | $ | **0.00** | $ | **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ | **0.00** |
| Social security or other government assistance (Specify) | $ | **0.00** | $ | **0.00** |
| Pension or retirement income | $ | **0.00** | $ | **0.00** |
| Other monthly income (Specify) | $ | **0.00** | $ | **0.00** |
| TOTAL MONTHLY INCOME | $ | **3,014.40** | $ | **0.00** |

TOTAL COMBINED MONTHLY INCOME         **$ 3,014.40**         (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:         **NONE**

Form B6J
(6/90)

In re **Issam A Mahmoud**                    **Jamie A Mahmoud**                ,   Case No. _____

Debtor                                                                                      **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,135.00 |
| Are real estate taxes included?  Yes _____ No  ✓ | | |
| Is property insurance included?  Yes _____ No  ✓ | | |
| Utilities   Electricity and heating fuel | $ | 139.40 |
|      Water and sewer | $ | 65.00 |
|      Telephone | $ | 50.00 |
|      Other _____ | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 20.00 |
| Food | $ | 350.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 65.00 |
| Medical and dental expenses | $ | 20.00 |
| Transportation (not including car payments) | $ | 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|      Homeowner's or renter's | $ | 95.00 |
|      Life | $ | 0.00 |
|      Health | $ | 0.00 |
|      Auto | $ | 100.00 |
|      Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Real Estate taxes** | $ | 200.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|      Auto | $ | 0.00 |
|      Other _____ | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |
| | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,414.40 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 3,014.40 |
| B. Total projected monthly expenses | $ | 2,414.40 |
| C. Excess income (A minus B) | $ | 600.00 |
| D. Total amount to be paid into plan each _____ **Monthly** _____ | $ | 600.00 |
| | (interval) | |

Official Form 6 - Cont .
(12/03)

In re: **Issam A Mahmoud**        **Jamie A Mahmoud**                .        Case No. _____
        **Debtor**                                                                (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**25**_____
(Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **5/31/2005**                          Signature:  **s/ Issam A Mahmoud**
                                                          **Issam A Mahmoud**

Date:  **5/31/2005**                          Signature:  **s/ Jamie A Mahmoud**
                                                          **Jamie A Mahmoud**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:   **Issam A Mahmoud**             **Jamie A Mahmoud**         Case No. _____
**\*\*\*-\*\*-4906**                        **\*\*\*-\*\*-1552**                Chapter   **13**

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **40,000.00** | **employment** | **2003** |
| **42,000.00** | **employment** | **2004** |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5.   Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6.   Assignments and receiverships

None
☑

a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law office of Philip A Igoe** **221 North LaSalle Street** **Suite 655** **Chicago IL 60601** | | **2,894.00 for court cost and including filing cost** |

## 10.  Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                          DATES OF OCCUPANCY

None
☑

### 16.  Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

SITE NAME AND              NAME  AND ADDRESS              DATE OF              ENVIRONMENTAL
ADDRESS                    OF GOVERNMENTAL UNIT           NOTICE               LAW

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

SITE NAME AND              NAME  AND ADDRESS              DATE OF              ENVIRONMENTAL
ADDRESS                    OF GOVERNMENTAL UNIT           NOTICE               LAW

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

NAME  AND ADDRESS                    DOCKET NUMBER                    STATUS OR
OF GOVERNMENTAL UNIT                                                  DISPOSITION

## 18. Nature, location and name of business

None
☑

a.      If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|------|

## 19. Books, records and financial statements

None
☑

a.   List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

b.   List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑

| NAME | ADDRESS |
|------|------|

d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☑

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

## 20.  Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

## 21.  Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

## 22.  Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

## 23.  Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **5/31/2005**          Signature of Debtor  **s/ Issam A Mahmoud**

**Issam A Mahmoud**

Date  **5/31/2005**          Signature of Joint Debtor  **s/ Jamie A Mahmoud**

**Jamie A Mahmoud**

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:   **Issam A Mahmoud**          **Jamie A Mahmoud**         Case No. _____

Chapter   **13**

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $      2,894.00 |
| Prior to the filing of this statement I have received | $      194.00 |
| Balance Due | $      2,700.00 |

2. The source of compensation paid to me was:

  ☐ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

  ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
including:

  a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
a petition in bankruptcy;

  b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

  c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

  d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

  e)   [Other provisions as needed]
      **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

      **None**

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **5/31/2005**

_____

**Philip A Igoe, Bar No.  1300466**

**Law office of Philip A Igoe**
Attorney for Debtor(s)

---

American General Fin
1409 W Lake St
Addison  Il 60101


Bank One
Creidit Burea
P.O.Box 901008
Fort Worth TX 76101


Bank One
Credit Bureau P.O.Box 9010088
Fort Worth TX 76101


Bank One NA
N54 w 13600 Wooddle Dr
Menomonee Fall WI 53051


Bay View Acc
P.O.Box 4309
Covina CA 91723


Bkony V Gld
110 Clay Ctr Dr
Newark DE 19713


BMW Financial Services
5515 Park Center C
Dublin Oh 43017


Capital One Bank
11013 W Broad St
Glen Allen VA 23060


Capital One Bank
10800 Nickols Road Mail 12018-05
Glen Allen VA 23060

Capital one/cntrywdfsl
155 N Lake Ave MS 3162
Pasadena CA 91101

Chase Manhattan Mortgage
P O Box 2158
Utah   UT

Chase-Circuit City
P.O.Box 100019
Kennesaw GA 30156

Discover Financial
P.O.Box 15316
Wilmington De 19850

Discover Financial services
P.O.Box 15316
wilmington DE 19850

Educational Finl svcs
8425 Woodfield Bv
Indianapolis IN 46240

First usana
201 Walnut St
Wilmington De 19801

Gateway/ Cbusa
P.O. Box 7038
Sioux Falls SD 57117

Gemb/ Whitehall
P.O Box 276 Mail Code
Allendale Mi 49401

Gemb/mens warehouse
P.O.Box 981400
El Paso TX 79998


Good Samaritan Hospital
P.O.Box 93548
ChicagoIl 60673


Grand Valley State Univ
Lake Michigan Hall
Allendale MI 49401


Hemlock Federal Bank
5700 W 159th St
Oak Forest Il 60452


Hemlock Federal Bank For
5700 W 159th St
Oak Forest IL 60452


Hsbc Bank
P.O.Box 98706
Las Vegas NV 89193


HSBC Best Buy
P.O.Box 6985
Bridgewater NJ 08850


HSBC Costo Wholesale
P.O.Box 15519
Wilmington  DE 19850


HSBC Retail Services
1111 Town Center Drive
Las Vegas NV 89134

HSBC Rodes
200 Beneficial Ctr
Peapack NJ 07977


Lard & Taylor
P.O.Box 8077
Lorain OH 44055


Malcolm S General And Associates
332 South Michocagan Ave #600
Chicago Il 60604


Marshall Fields
P.O.Box 59270
Minneapolis MN 55459


MBNA America
P.O.Box 17054
Wilmington  DE 19884


MNB  America
P.O.Box 17054
Wilmington DE 19884


Neiman Marcus-sec Dept
1201 Elm St 19th Floor
Dallas TX 75270


Nicor Gas
1844 Ferry Road
Naperville IL 60563


Novaster
205 W Fourth Street
Cincinnati Oh 45202

Novastr
205 W Fourth Street
Cincinnati OH 45202


Old Kent Bk Student Loan
1850 E Paris  Ave
Kentwood MI 49546


Onyx Acceptance Corp
1020 W 31st ST
Downer Grove IL 60515


Onyx Acceptance Corp
1020 W 31st St
Downer Grove IL 60515


Providian Bankcorp
P.O.Box 1470
Redding Ca 96099


Providian Bankcorp
P.O.Box 9007
Pleasanton CA 94566


Republic Bank Of Chicago
1510  75th St
Darien IL 60561


Republic Bk Chicago
1510 75th ST
Darien Il 60561


Residentialmo
101 Overland
North Aurora IL 60542

Retailers National Bank
P.O.Box 9475
Minneapolis MN 55440


SBC
Bill Payment Center
Saginaw MI 48663


Stfrancismortgage/FAC
12395 First America
Poway CA 92064


The Home Depot
P.O.Box 9714
Gray TN 37615


Union Acceptance Corp
250 N Shadeland A
Indianapolis IN 46219


Union Credit National
P.O.Box 1229
Sioux Falls DS 57107


Unitedhomelo/chasecredit
6350 Laurel Canyon 4th
North Hollywoo Ca 91606


Unitedhomeloan
618 W State ST 216
Geneva Il 60134


Unitedhomeloans Cred
618 W State St 216
Geneva IL 60134

```
Volco Car Finance
1700 Jay Ell DR
Richardson TX 75081




Washington Mutual Bank
1201 Third Ave
Seattle  WA 98101




Westsuburban
415 W Roosevelt
Maywood IL 60153
```

**Philip A Igoe   1300466**
**Law office of Philip A Igoe**
**221 North LaSalle Street**
**Suite 655**
**Chicago IL 60601**

 **312-372-4298**
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In Re:
Debtor:  **Issam A Mahmoud**
Social Security Number:   **\*\*\*-\*\*-4906**

Joint Debtor:   **Jamie A Mahmoud**
Social Security Number:   **\*\*\*-\*\*-1552**

Case No:

Chapter  **13**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1 .  **American General Fin**<br>**1409 W Lake St**<br>**Addison  Il 60101** | **Unsecured Claims** | **$  2,100.00** |
| 2 .  **Bank One**<br>**Creidit Burea**<br>**P.O.Box 901008**<br>**Fort Worth TX 76101** | **Unsecured Claims** | **$  2,600.00** |
| 3 .  **Bank One**<br>**Credit Bureau P.O.Box 9010088**<br>**Fort Worth TX 76101** | **Unsecured Claims** | **$   600.00** |
| 4 .  **Bank One NA**<br>**N54 w 13600 Wooddle Dr**<br>**Menomonee Fall WI 53051** | **Unsecured Claims** | **$  1,240.33** |
| 5 .  **Bay View Acc**<br>**P.O.Box 4309**<br>**Covina CA 91723** | **Unsecured Claims** | **$   142.23** |

In re: **Issam A Mahmoud**
**Jamie A Mahmoud**

Case No. _____

| 6. | **Bkony V Gld**<br>**110 Clay Ctr Dr**<br>**Newark DE 19713** | **Unsecured Claims** | **$ 83.21** |
| 7. | **BMW Financial Services**<br>**5515 Park Center C**<br>**Dublin Oh 43017** | **Unsecured Claims** | **$ 0.00** |
| 8. | **Capital One Bank**<br>**11013 W Broad St**<br>**Glen Allen VA 23060** | **Unsecured Claims** | **$ 1,326.89** |
| 9. | **Capital One Bank**<br>**10800 Nickols Road Mail 12018-05**<br>**Glen Allen VA 23060** | **Unsecured Claims** | **$ 886.00** |
| 10. | **Capital one/cntrywdfsl**<br>**155 N Lake Ave MS 3162**<br>**Pasadena CA 91101** | **Unsecured Claims** | **$ 478.00** |
| 11. | **Chase Manhattan Mortgage**<br>**P O Box 2158**<br>**Utah  UT** | **Secured Claims** | **$ 215,000.00** |
| 12. | **Chase-Circuit City**<br>**P.O.Box 100019**<br>**Kennesaw GA 30156** | **Unsecured Claims** | **$ 522.98** |
| 13. | **Discover Financial**<br>**P.O.Box 15316**<br>**Wilmington De 19850** | **Unsecured Claims** | **$ 5,622.98** |
| 14. | **Discover Financial services**<br>**P.O.Box 15316**<br>**wilmington DE 19850** | **Unsecured Claims** | **$ 6,349.00** |

In re:   **Issam A Mahmoud**
         **Jamie A Mahmoud**

Case No. _____

| 15. | **Educational Finl svcs**<br>**8425 Woodfield Bv**<br>**Indianapolis IN 46240** | **Unsecured Claims** | **$    0.00** |
|---|---|---|---|
| 16. | **First usana**<br>**201 Walnut St**<br>**Wilmington De 19801** | **Unsecured Claims** | **$ 3,254.12** |
| 17. | **Gateway/ Cbusa**<br>**P.O. Box 7038**<br>**Sioux Falls SD 57117** | **Unsecured Claims** | **$ 1,289.57** |
| 18. | **Gemb/ Whitehall**<br>**P.O Box 276 Mail Code**<br>**Allendale Mi 49401** | **Unsecured Claims** | **$  659.98** |
| 19. | **Gemb/mens warehouse**<br>**P.O.Box 981400**<br>**El Paso TX 79998** | **Unsecured Claims** | **$  548.26** |
| 20. | **Good Samaritan Hospital**<br>**P.O.Box 93548**<br>**Chicagoll 60673** | **Unsecured Claims** | **$  200.00** |
| 21. | **Grand Valley State Univ**<br>**Lake Michigan Hall**<br>**Allendale MI 49401** | **Unsecured Claims** | **$    0.00** |
| 22. | **Hemlock Federal Bank**<br>**5700 W 159th St**<br>**Oak Forest Il 60452** | **Unsecured Claims** | **$  125.36** |
| 23. | **Hemlock Federal Bank For**<br>**5700 W 159th St**<br>**Oak Forest IL 60452** | **Unsecured Claims** | **$    0.00** |

In re:  **Issam A Mahmoud**
**Jamie A Mahmoud**

Case No. _____

| | | | |
|---|---|---|---|
| 24 . | **Hsbc Bank**<br>**P.O.Box 98706**<br>**Las Vegas NV 89193** | **Unsecured Claims** | **$    487.36** |
| 25 . | **HSBC Best Buy**<br>**P.O.Box 6985**<br>**Bridgewater NJ 08850** | **Unsecured Claims** | **$  2,000.00** |
| 26 . | **HSBC Costo Wholesale**<br>**P.O.Box 15519**<br>**Wilmington  DE 19850** | **Unsecured Claims** | **$    471.25** |
| 27 . | **HSBC Retail Services**<br>**1111 Town Center Drive**<br>**Las Vegas NV 89134** | **Unsecured Claims** | **$    988.52** |
| 28 . | **HSBC Retail Services**<br>**1111 Town Center Drive**<br>**Las Vegas NV 89134** | **Unsecured Claims** | **$      0.00** |
| 29 . | **HSBC Rodes**<br>**200 Beneficial Ctr**<br>**Peapack NJ 07977** | **Unsecured Claims** | **$  4,400.00** |
| 30 . | **Lard & Taylor**<br>**P.O.Box 8077**<br>**Lorain OH 44055** | **Unsecured Claims** | **$    152.31** |
| 31 . | **Malcolm S General And Associates**<br>**332 South Michocagan Ave #600**<br>**Chicago Il 60604** | **Unsecured Claims** | **$    100.00** |
| 32 . | **Marshall Fields**<br>**P.O.Box 59270**<br>**Minneapolis MN 55459** | **Unsecured Claims** | **$    522.96** |

In re:   **Issam A Mahmoud**
         **Jamie A Mahmoud**                                              Case No. _____

| 33 . | **MBNA America**<br>**P.O.Box 17054**<br>**Wilmington  DE 19884** | **Unsecured Claims** | **$   255.36** |
| 34 . | **MNB  America**<br>**P.O.Box 17054**<br>**Wilmington DE 19884** | **Unsecured Claims** | **$ 7,261.00** |
| 35 . | **Neiman Marcus-sec Dept**<br>**1201 Elm St 19th Floor**<br>**Dallas TX 75270** | **Unsecured Claims** | **$   125.36** |
| 36 . | **Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville IL 60563** | **Unsecured Claims** | **$   100.00** |
| 37 . | **Novaster**<br>**205 W Fourth Street**<br>**Cincinnati Oh 45202** | **Unsecured Claims** | **$   554.32** |
| 38 . | **Novastr**<br>**205 W Fourth Street**<br>**Cincinnati OH 45202** | **Unsecured Claims** | **$    65.00** |
| 39 . | **Old Kent Bk Student Loan**<br>**1850 E Paris  Ave**<br>**Kentwood MI 49546** | **Unsecured Claims** | **$   190.32** |
| 40 . | **Onyx Acceptance Corp**<br>**1020 W 31st St**<br>**Downer Grove IL 60515** | **Unsecured Claims** | **$    87.95** |
| 41 . | **Onyx Acceptance Corp**<br>**1020 W 31st ST**<br>**Downer Grove IL 60515** | **Unsecured Claims** | **$     0.00** |

In re:   **Issam A Mahmoud**                                          Case No. _____
         **Jamie A Mahmoud**

| 42. | **Providian Bankcorp**<br>**P.O.Box 1470**<br>**Redding Ca 96099** | **Unsecured Claims** | **$ 3,400.00** |
|---|---|---|---|
| 43. | **Providian Bankcorp**<br>**P.O.Box 9007**<br>**Pleasanton CA 94566** | **Unsecured Claims** | **$ 2,300.00** |
| 44. | **Republic Bank Of Chicago**<br>**1510  75th St**<br>**Darien IL 60561** | **Unsecured Claims** | **$ 897.25** |
| 45. | **Republic Bk Chicago**<br>**1510 75th ST**<br>**Darien Il 60561** | **Unsecured Claims** | **$ 0.00** |
| 46. | **Residentialmo**<br>**101 Overland**<br>**North Aurora IL 60542** | **Unsecured Claims** | **$ 542.39** |
| 47. | **Retailers National Bank**<br>**P.O.Box 9475**<br>**Minneapolis MN 55440** | **Unsecured Claims** | **$ 0.00** |
| 48. | **SBC**<br>**Bill Payment Center**<br>**Saginaw MI 48663** | **Unsecured Claims** | **$ 140.00** |
| 49. | **Stfrancismortgage/FAC**<br>**12395 First America**<br>**Poway CA 92064** | **Unsecured Claims** | **$ 0.00** |
| 50. | **The Home Depot**<br>**P.O.Box 9714**<br>**Gray TN 37615** | **Unsecured Claims** | **$ 700.00** |

In re:  **Issam A Mahmoud**
        **Jamie A Mahmoud**

Case No. _____

| 51. | **Union Acceptance Corp** **250 N Shadeland A** **Indianapolis IN 46219** | **Unsecured Claims** | **$    500.00** |
|---|---|---|---|
| 52. | **Union Credit National** **P.O.Box 1229** **Sioux Falls DS 57107** | **Unsecured Claims** | **$    400.00** |
| 53. | **Unitedhomelo/chasecredit** **6350 Laurel Canyon 4th** **North Hollywoo Ca 91606** | **Unsecured Claims** | **$    200.00** |
| 54. | **Unitedhomeloan** **618 W State ST 216** **Geneva Il 60134** | **Unsecured Claims** | **$    450.00** |
| 55. | **Unitedhomeloans Cred** **618 W State St 216** **Geneva IL 60134** | **Unsecured Claims** | **$    900.00** |
| 56. | **Volco Car Finance** **1700 Jay Ell DR** **Richardson TX 75081** | **Secured Claims** | **$ 23,000.00** |
| 57. | **Washington Mutual Bank** **1201 Third Ave** **Seattle  WA 98101** | **Unsecured Claims** | **$    0.00** |
| 58. | **Westsuburban** **415 W Roosevelt** **Maywood IL 60153** | **Unsecured Claims** | **$    0.00** |

In re:    **Issam A Mahmoud**
**Jamie A Mahmoud**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Issam A Mahmoud**, and I, **Jamie A Mahmoud**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **7 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature:    **s/ Issam A Mahmoud** _____
              **Issam A Mahmoud**

Dated:    **5/31/2005** _____

Signature:    **s/ Jamie A Mahmoud** _____
              **Jamie A Mahmoud**

Dated:    **5/31/2005** _____